**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Susan Shields Turbitt                    CHAPTER 13
                    Debtor(s)

                                        BKY. NO. 24-13716 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of Wells Fargo Bank, N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A and index same on the master mailing list.


                        Respectfully submitted,


/s/ *Denise Carlon*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Denise Carlon
23 Oct 2024, 16:17:57, EDT


                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322