**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

IN RE:  Susan Shields Turbitt              :              Chapter 13
                                                        :              No.      24−13716−amc
                                                        :

**ORDER**

    AND NOW, this 4th  day of  November   , 2024, upon consideration of the within Motion

to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

    ORDERED that the Motion is GRANTED, and it is

    FURTHER ORDERED that Debtors shall file all required documents with the Court on or

before              November 14   , 2024.

_____

**Ashely M. Chan, Judge**
**United States Bankruptcy Court**

See Attached List

Scott F. Waterman, Esq
ECFMail@readingch13.com

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Susan Shields Turbitt
25 Garlor Dr.
Havertown, PA 19083

All Interested Parties