United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 24-13716-amc
Susan Shields Turbitt | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Shields Turbitt, 25 Garlor Dr., Havertown, PA 19083-1223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Susan Shields Turbitt anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor WELLS FARGO BANK  N.A., AS TRUSTEE FOR THE EMC MORTGAGE LOAN TRUST 2002-A, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-A bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Susan Shields Turbitt         :         Chapter 13
                                      :         No.    24-13716-amc
                                      :

**ORDER**

AND NOW, this 4th day of November, 2024, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before November 14, 2024.

_____
**Ashely M. Chan, Judge
United States Bankruptcy Court**

See Attached List

Scott F. Waterman, Esq
ECFMail@readingch13.com

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Susan Shields Turbitt
25 Garlor Dr.
Havertown, PA 19083

All Interested Parties