UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Susan Shields Turbitt<br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-13716-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 27th day of February, 2025, by first class mail upon those listed below:

Susan Shields Turbitt
25 Garlor Dr.
Havertown, PA  19083

**Electronically via CM/ECF System Only:**

ANTHONY A FRIGO ESQ
THE LAW OFFICES OF ANTHONY A FRIGO
175 STRAFFORD AVE - SUITE ONE
WAYNE, PA  19087

    */s/ Kristen Gliem*
    Kristen Gliem
    for
    Scott F. Waterman, Esquire
    Standing Chapter 13 Trustee