# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Susan Shields Turbitt : Chapter 13
: No.    24-13716
:

# PRE-CONFIRMATION CERTIFICATION
# OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
# WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date: 04/09/2025**     /S/ Anthony Frigo
Attorney for Debtor(s)

**Date:**     _____
[name]
Debtor

**Date:**     _____
[name]
Debtor