United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13716-amc |
| Susan Shields Turbitt | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 15, 2025 | Form ID: 155 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Shields Turbitt, 25 Garlor Dr., Havertown, PA 19083-1223 |
| 14937206 | | Select Portfolio Servicing, P.O. Box 62250, Salt Lake City, UT 84165 |
| 14939084 | + | Wells Fargo Bank, N.A., c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14937200 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 01:13:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14940992 | + | Email/PDF: ebn_ais@aisinfo.com | May 16 2025 00:27:36 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14937201 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:28:07 | Citicard, Citicorp Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14937202 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2025 00:29:00 | Comenity Bank/Stage, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14937204 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 01:24:18 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 14937203 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | May 16 2025 00:29:00 | First Investors Financial Dept, Attn: Bankruptcy, 3065 Akers Mill Rd Se, Ste 700, Atlanta, GA 30339-3124 |
| 14937205 | ^ | MEBN | May 16 2025 00:20:44 | Mohela/dept Of Ed, Pob 60610, Harrisburg, PA 17106-0610 |
| 14962481 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2025 00:38:21 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14948214 | | Email/Text: peritus@ebn.phinsolutions.com | May 16 2025 00:30:00 | STELLANTIS FINANCIAL SERVICES, PO BOX 141419, IRVING, TX 75014-1419 |
| 14937207 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:27:26 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 14938927 | ^ | MEBN | May 16 2025 00:20:57 | Wells Fargo Bank, N.A., as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14963323 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 16 2025 00:30:00 | Wells Fargo Bank, N.A., at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANTHONY A. FRIGO | on behalf of Debtor Susan Shields Turbitt anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor WELLS FARGO BANK N.A., AS TRUSTEE FOR THE EMC MORTGAGE LOAN TRUST 2002-A, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-A bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Susan Shields Turbitt<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−13716−amc<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 14, 2025

                                                                                               For The Court

                                                                       Ashely M. Chan
                                                                       Chief Judge, United States Bankruptcy Court