| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-13716-AMC

| | |
|---|---|
| Susan Shields Turbitt | Petition Filed Date: 10/17/2024 |
| 25 Garlor Dr. | 341 Hearing Date: 12/20/2024 |
| Havertown  PA    19083 | Confirmation Date: 05/14/2025 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/19/2024 | $1,200.00 | | 12/16/2024 | $1,200.00 | | 01/16/2025 | $1,200.00 | |
| 02/18/2025 | $1,200.00 | | 03/17/2025 | $1,200.00 | | 04/16/2025 | $966.88 | |
| 05/16/2025 | $966.88 | | 06/02/2025 | $99.12 | | 06/16/2025 | $1,063.00 | |
| 07/22/2025 | $1,069.00 | | | | | | | |

**Total Receipts for the Period:  $10,164.88    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,227.88**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ANTHONY A FRIGO ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $2,789.77 | $0.00 | $2,789.77 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $1,748.87 | $0.00 | $1,748.87 |
| 3 | STELLANTIS FINANCIAL SERVICES »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | RESURGENT RECEIVABLES LLC »» 004 | Unsecured Creditors | $1,505.15 | $0.00 | $1,505.15 |
| 5 | SELECT PORTFOLIO SERVICING INC »» 005 | Secured Creditors | $49,957.80 | $8,400.35 | $41,557.45 |
| 6 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | MACYS/DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MOHELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

# SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,227.88 | Current Monthly Payment: | $1,063.00 |
| Paid to Claims: | $10,400.35 | Arrearages: | $87.12 |
| Paid to Trustee: | $827.53 | Total Plan Base: | $64,446.21 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.