Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Susan Shields Turbitt
25 Garlor Dr.
Havertown, PA 19083

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-13716-AMC**

Petition Filed Date: 10/17/2024
341 Hearing Date: 12/20/2024
Confirmation Date: 05/14/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $1,063.00 | | 09/16/2025 | $1,063.00 | | 10/17/2025 | $1,063.00 | |
| 11/18/2025 | $1,063.00 | | 12/16/2025 | $1,063.00 | | 01/29/2026 | $1,064.00 | |
| 02/17/2026 | $1,063.00 | | 03/16/2026 | $1,063.00 | | 04/16/2026 | $1,063.00 | |
| 05/18/2026 | $1,063.00 | | 06/16/2026 | $1,063.00 | | | | |

**Total Receipts for the Period: $11,694.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $22,921.88**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ANTHONY A FRIGO ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,789.77 | $0.00 | $2,789.77 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $1,748.87 | $0.00 | $1,748.87 |
| 3 | STELLANTIS FINANCIAL SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | RESURGENT RECEIVABLES LLC<br>»» 004 | Unsecured Creditors | $1,505.15 | $0.00 | $1,505.15 |
| 5 | SELECT PORTFOLIO SERVICING INC<br>»» 005 | Secured Creditors | $49,957.80 | $19,217.31 | $30,740.49 |
| 6 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | MACYS/DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MOHELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13716-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,921.88 | Current Monthly Payment: | $1,063.00 |
| Paid to Claims: | $21,217.31 | Arrearages: | $1,149.12 |
| Paid to Trustee: | $1,704.57 | Total Plan Base: | $64,446.21 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.